UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>                         Plaintiff,<br><br>           -v.-<br><br>CAP 1631 GRAND AVE PROPERTY OWNER LLC, et al.,<br><br>                         Defendants. | 24 Civ. 06142 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On September 8, 2025, the Court directed Plaintiff to move for a default judgment against Defendant New York City Environmental Control Board ("NYC ECB") "or show cause why this action should not be dismissed for failure to prosecute." ECF No. 60.[1] On September 23, 2025, Plaintiff moved for a default judgment, ECF No. 62, and filed a declaration and memorandum of law in support, ECF Nos. 63, 64.

If Defendant NYC ECB wishes to oppose the motion, then its counsel shall, (1) by **October 29, 2025**, enter a notice of appearance, and (2) by **November 5, 2025**, file an opposition explaining why a default judgment is not warranted.

---

[1] All other Defendants have appeared and answered. ECF No. 31.

Plaintiff has already filed proof of service of the papers in support of the motion for a default judgment.  ECF No. 65.  By no later than **October 24, 2025**, Plaintiff shall serve Defendant NYC ECB with this Order and file proof of that service on the docket.

SO ORDERED.

Dated: October 22, 2025
   New York, New York

_____
JENNIFER H. REARDEN
United States District Judge