UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

                    Plaintiff,

        -v.-

CAP 1631 GRAND AVE PROPERTY
OWNER LLC, et al.,

                Defendants.

24 Civ. 6142 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On July 16, 2025, the Court appointed Trigild IVL, acting through its principal Ian Lagowitz (the "Receiver"), as receiver of the mortgaged premises (the "Properties") in this commercial mortgage foreclosure action.  ECF No. 52 (the Receivership Order).  Among other things, the Receivership Order authorizes the Receiver to "demand, collect, and receive from the tenants of the Properties or from any persons liable therefor all the rents now due and unpaid or hereafter and during the pendency of this action to become due." *Id.* at 2.  It also authorizes the Receiver "to institute and carry on such legal proceeding as may be necessary for the protection or recovery of the Properties, for the collection of the rents and profits thereof, or for the removal of any tenant or other person from the Properties." *Id*. at 4.  The Receiver "shall not retain counsel," however, "without further application to this Court." *Id*.

Before the Court is the Receiver's motion to appoint Kucker Marino Winiarsky & Bittens, LLP as local counsel for the Receiver "to oversee and prosecute landlord/tenant and eviction proceedings." ECF No. 82.  Having reviewed the application and supporting documents, and not having received any opposition thereto, the Court hereby GRANTS the Receiver's motion. *See* Receivership Order at 2, 4.

The Clerk of Court is directed to terminate ECF No. 82.

SO ORDERED.

Dated: February 17, 2026
New York, New York

JENNIFER H. REARDEN
United States District Judge

2